IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| AARON ETHRIDGE, #02442944 | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:22cv389 |
| | § | |
| PARIS POLICE DEP'T, ET AL. | § | |

## ORDER OF DISMISSAL

Came on for consideration the Report and Recommendation of the United States Magistrate Judge in this action (the "Report") (Dkt. #14), this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 13, 2024, the Magistrate Judge entered the Report, containing proposed findings of fact and recommendations that *pro se* Plaintiff Aaron Ethridge's civil rights lawsuit be dismissed under 28 U.S.C. §§ 1915A and 1915(e) and that the dismissal be counted as a strike pursuant to 28 U.S.C. § 1915(g).

No objections having been timely filed, the Court concludes that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff's lawsuit is **DISMISSED**. Plaintiff is advised that this dismissal counts as a strike pursuant to 28 U.S.C. § 1915(g). All motions not previously ruled on are hereby **DENIED**.

**IT IS SO ORDERED.**
**SIGNED** this 13th day of January, 2025.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE